■ In the Matter of CHANCE B., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DASHAWN B., Appellant. (Appeal No. 2.) [9 NYS3d 899]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered July 31, 2013 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ In the Matter of TATYANNA B., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DASHAWN B., Appellant. (Appeal No. 3.) [9 NYS3d 905]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered July 31, 2013 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ In the Matter of TEEHONESTEE B., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DASHAWN B., Appellant. (Appeal No. 4.) [9 NYS3d 905]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered July 31, 2013 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ In the Matter of ELIZABETH A. DENISE, Appellant, v THEODORE R. DENISE, Respondent. [11 NYS3d 369]—

Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered March 17, 2014 in a proceeding pursuant to Family Court Act article 6. The order granted custody of the subject child to respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Petitioner mother appeals from an order that, inter alia, awarded respondent father custody of the parties' child. Contrary to the mother's contention, "this proceeding